# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-01661-BNB

RICHARD BARBEE,

    Plaintiff,

v.

FRANCES FALK,
MATT HANSON,
CAPTAIN PLIEDMAN,
CAPTAIN GABRIEL, and
JOHN KIRKLAND,

    Defendants.

## MINUTE ORDER

ORDER ENTERED BY MAGISTRATE JUDGE BOYD N. BOLAND

    Plaintiff's "Motion to Authorize and Calculate and Disburse Filing Fee Payments" (ECF No. 6) is DENIED because Plaintiff must submit an authorization to calculate and disburse filing fee payments on the proper form, which is part of the current Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 form.  Plaintiff shall obtain a copy of the current Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 form (with the assistance of his case manager or the facility's legal assistant), along with the applicable instructions, at [www.cod.uscourts.gov](www.cod.uscourts.gov).  Plaintiff shall have thirty (30) days from the date of this minute order to cure the remaining deficiency.  The action will be dismissed without prejudice and without further notice if Plaintiff fails to cure the remaining deficiency within the time allowed.

Dated:  July 17, 2014